UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JHOHANI JOSE PERDOMO PEREZ,

                    Petitioner,           9:26-cv-120
                                                                     (ECC)

v.

FREDERICK J. AKSHAR II, in his official capacity as Warden of the Broome County Correctional Facility; PAMELA BONDI, in her official capacity as U.S. Attorney General; PHILIP RHONEY, in his official capacity as Deputy Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement; TAMMY MARICH, in her official capacity as Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,

                    Defendants.

---

Matthew K. Borowski, Esq., *for Petitioner*
Joshua T. Terrell, Esq., *for Respondent Akshar*
Assistant United States Attorney David M. Katz, Esq., *for the Federal Respondents*

**Hon. Elizabeth C. Coombe, United States District Judge:**

## ORDER

      Petitioner Jhohani Jose Perdomo Perez (Perez), a citizen of Venezuela, entered the United States without inspection on June 19, 2022. Dkt. No. 1 (Pet.) ¶ 2. On June 20, 2022, he was paroled into the United States. *Id.* at ¶ 3. On May 28, 2023, he filed an application for asylum, and on October 18, 2023, he received Temporary Protected Status. *Id.* at ¶ 5. His asylum application is still pending, and a hearing regarding that petition is scheduled for February 23,

2026.  *Id.* at ¶ 8.  Almost four months ago, on October 8, 2025, Perez went to the Syracuse Immigration and Customs Enforcement (ICE) for an appointment, and he was taken into custody. *Id.* at ¶ 6.  On January 25, 2026, while detained at Broome County Jail in Binghamton, New York, Petitioner filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241.  *Id.* at ¶¶ 19-21.  Petitioner seeks immediate release, or in the alternative, a bond hearing, and attorney's fees and costs under the Equal Access to Justice Act, as amended, 28 U.S.C. § 2412.  *Id.* at 18; *see also id.* at ¶ 13.  After considering briefing from all the parties, Dkt. Nos. 1, 9, 10, 11, and arguments made during a hearing on February 6, 2026, the Court grants the Petition and orders Petitioner's immediate release.  A written decision providing more detailed reasons and addressing Petitioner's request for EAJA fees and costs will be issued in due course.

For these reasons, it is

**ORDERED** that the Petition for a writ of habeas corpus, Dkt. No. 1, is **GRANTED**; and it is further

**ORDERED** that Respondents shall immediately release Petitioner Jhohani Jose Perdomo Perez from custody; and it is further

**ORDERED** that Respondents shall certify compliance with this Order by filing a status report by 5 p.m., on February 7, 2026; and it is further

**ORDERED** that pending the issuance of any final removal order against Petitioner Jhohani Jose Perdomo Perez, Respondents are also enjoined from denying him bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b)(2)(A), absent a change in relevant circumstances; and it is further

**ORDERED** that after considering the particular circumstances of this case and *Mathews v. Eldridge*, 424 U.S. 319 (1976), Petitioner Jhohani Jose Perdomo Perez shall not be re-detained without adequate notice to Petitioner and his counsel, and without an opportunity to be heard at a hearing.

**IT IS SO ORDERED.**

Dated: February 6, 2026

                                    Elizabeth C. Coombe
                                    U.S. District Judge